**Order entered February 11, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00893-CV

**TEXAS MUTUAL INSURANCE COMPANY & GLORIA WILLIAMS, Appellants**

**V.**

**JEFF PALMER, Appellee**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-07-08017-D**

## ORDER

The Court has before it appellee's February 7, 2012 third motion to extend time to file his brief. The Court **GRANTS** the motion and **ORDERS** appellee to file his brief by March 12, 2013. No further extensions will be granted absent a showing of exceptional circumstances.

/s/    ELIZABETH LANG-MIERS
JUSTICE